IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RECEIVED
BY MAIL
APR 17 2006
CLERK, US DIST. COURT
ST. PAUL, MN

IN RE: ASBESTOS PRODUCTS LIABILITY
LITIGATION (NO. VI)

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

MELFORD J. LARSON,

Plaintiff,

v.

SOO LINE RAILROAD COMPANY,

Defendants.

Civil Action, File Number: 00-1103 ADM/AJB

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and between the plaintiff and Defendant Soo Line Railroad Company, acting through their undersigned counsel, that the above-entitled case may be and is hereby dismissed with prejudice and without costs or disbursements to any party; and any party hereto may, without notice, apply to the court on this stipulation alone for an order directing that judgment of dismissal with prejudice be entered accordingly.

Dated: 3/13, 2006.

SIEBEN, POLK, LAVERDIERE & DUSICH, P.A.

By ______________________

Michael S. Polk, #87397
Attorneys for Plaintiff
999 Westview Drive
Hastings, MN 55033
(651) 437-3148

SCANNED
APR 19 2006
U.S. DISTRICT COURT MPLS

*In Association With:*
Willard J. Moody, Jr., Esq.
Moody, Strople, Kloeppel, Basilone
and Higginbotham, Inc.
Suite 300, 500 Crawford Street
P.O. Box 1138
Portsmouth, VA 23705

H. Seward Lawlor, Esq.
Glasser and Glasser, P.L.C.
Crown Center, Suite 600
580 East Main Street
Norfolk, VA 23510

Dated: 3/9, 2006.

SPENCE, RICKE, SWEENEY & GERNES, P.A.

By [signature]
Timothy K. Masterson, #203294
*Attorneys for Defendant*
*The Soo Line Railroad Company*
600 Degree of Honor Building
325 Cedar Street
St. Paul, MN 55101
(651) 292-3346

**ORDER**

Upon the foregoing Stipulation

IT IS HEREBY ORDERED that Judgment shall forthwith be entered dismissing the above-entitled case, as against Soo Line Railroad Company, with prejudice on the merits and without cost or disbursements to either party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: 4/12/2006

BY THE COURT

[signature] J.
James T. Giles
United States District Court

s:\larson, melford\pleadings\stip dism.doc