AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Larson

V.

Soo Line Railroad

## JUDGMENT IN A CIVIL CASE

Case Number: 00-cv-1103 CRW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
Judgment shall forthwith be entered dismissing the above-entitled case, as against Soo Line Railroad Company, with prejudice on the merits and without cost or disbursements to either party.

April 25, 2006
Date

RICHARD D. SLETTEN, CLERK

s/Janet Midtbo
(By) Janet Midtbo, Deputy Clerk